In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00197-CV
_____

**GEERT VISSER, Appellant**

**V.**

**AMERICAN EXPRESS NATIONAL BANK, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-05-05869-CV**

**MEMORANDUM OPINION**

Geert Visser appealed from a judgment signed May 2, 2018. On July 2, 2018, we notified the parties that the clerk's record had not been filed due to the appellant's failure to pay or, to arrange to pay the District Clerk's fee for preparing the clerk's record. Further, the notice warned Visser that the appeal would be dismissed for want of prosecution unless he established that the fee had been paid or additional time was needed. On August 10, 2018, we notified Visser that the appeal would be dismissed for want of prosecution unless he filed a suggestion of bankruptcy that

1

complies with Texas Rule of Appellate Procedure 8.1 on or before August 20, 2018.

No response has been filed. Accordingly, the appeal is dismissed for want of

prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3(b), (c).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice


Submitted on September 26, 2018
Opinion Delivered September 27, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.

2